UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-6971 GAF (RZ) | Date | September 24, 2013 |
|---|---|---|---|
| Title | JOSE GUADALUPE LOPEZ RAMIREZ v. MANEESH SHARMA, et al. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|
| Ilene Bernal | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Petitioner: | Attorney Present for Respondent: |
| N/A | N/A |

**Proceedings:**   In Chambers –
   **ORDER DISMISSING PETITION WITH LEAVE TO AMEND**

Petitioner is a California state inmate housed in Soledad.  Convicted under the name of Noe Gabriel Gutierrez Ramirez, he is serving a nine year sentence for robbery and other crimes based on a 2008 conviction in Los Angeles County.  *See People v. Gutierrez*, No. B214872, 2010 WL 2526236 (Cal.App. 2d Dist.).  He states that his name as stated in this action is his true name.

Petitioner enumerates two claims, but neither is intelligible.  His stated grounds for Claim 1 are "Case TA-097033 [his criminal case number] discharged on May 09, 2008 by Judge David Sotelo.  My claim for relief is release under **CREDIT**."  It is unclear whether Petitioner is asserting that he is due to be released based on accumulated good-time credit; that he should be released on a bond of some sort; or that he merits relief for some other reason.  Claim 2 is even more confusing. Petitioner states simply, "The State General Attorneys Office, Mr. Gregory Cannons & Harris at San Diego, CA. District [*sic*]," and explains cryptically, "Discovery of the false conviction on Petitioner Ramirez's behalf."  He fails to state any federal law justifying relief or to explain facts supporting such relief.  He also fails to name the warden of his prison, Marion Spearman, as Respondent.  (His reasons for improperly naming Maneesh Sharma, a state Deputy Attorney General, are not clear.)  An additional problem is that Petitioner has filed another habeas petition, giving his name as it appears on his conviction and assigned case number CV 13-6960, challenging the same 2008 conviction.  He may not pursue two simultaneous habeas challenges to the same judgment.

For these reasons, the Court DISMISSES the initial petition with leave to amend.  Petitioner shall have 30 days to file a First Amended Petition (1AP), presented on this district's required form CV-69, *see* Civ. L.R. 83-16.1, and correcting the foregoing flaws.  (A copy of form CV-69 is attached.)  If Petitioner fails to file a timely 1AP correcting these shortcomings, then the action will be dismissed without prejudice.

Attachment: Form CV-69

:

Initials of Preparer           ib