**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE LOPEZ RAMIREZ, | CASE NO. CV 13-06971 GAF (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| MANEESH SHARMA, ET AL., | |
| Respondent. | |

This matter came before the Court on the Petition of JOSE GUADALUPE LOPEZ RAMIREZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: January 9, 2014

*/s/ Gary Feess*

JS - 6

GARY A. FEESS
UNITED STATES DISTRICT JUDGE